# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Smile Store Support Services, LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **FDBA  Smile Store, LLC** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-2716415** | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**2126 Abbott Martin Road, Suite 168**<br>**Nashville, TN 37215**<br>Number, Street, City, State & ZIP Code<br><br>**Davidson**<br>County | **Mailing address, if different from principal place of business**<br><br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor **Smile Store Support Services, LLC**     Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **MH, D.M.D. of Tennessee, PLLC** | Relationship | **Affiliate** |
|---|---|---|---|
| District | **Middle Tennessee**   When **2/28/20** | Case number, if known | **20-01291** |

Case 3:20-bk-01297    Doc 1    Filed 02/28/20    Entered 02/28/20 17:12:02    Desc Main
Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2
Document     Page 2 of 11

Debtor  **Smile Store Support Services, LLC**  Case number (*if known*)
        Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49        ☐ 1,000-5,000      ☐ 25,001-50,000
☐ 50-99       ☐ 5001-10,000      ☐ 50,001-100,000
☐ 100-199     ☐ 10,001-25,000    ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

■ $0 - $50,000              ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

| Debtor | **Smile Store Support Services, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 28, 2020**
MM / DD / YYYY

**X /s/ Martin Bremer**                                  **Martin Bremer**
Signature of authorized representative of debtor         Printed name

Title **Member**

**18. Signature of attorney**

**X /s/ Gray Waldron**                                   Date **February 28, 2020**
Signature of attorney for debtor                         MM / DD / YYYY

**Gray Waldron**
Printed name

**Dunham Hildebrand, PLLC**
Firm name

**2416 21st Ave S, Ste 303**
**Nashville, TN 37212**
Number, Street, City, State & ZIP Code

Contact phone **629.777.6519**        Email address **gray@dhnashville.com**

**TN**
Bar number and State

Fill in this information to identify the case:
Debtor name   **Smile Store Support Services, LLC**
United States Bankruptcy Court for the:   **MIDDLE DISTRICT OF TENNESSEE**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Align Technology, Inc. 3030 Slater Road Morrisville, NC 27560 | | RE: Product orders remaining unpaid | | | | $210,000.00 |
| American Express PO Box 981535 El Paso, TX 79998 | | | | | | $44,024.95 |
| Bass, Berry & Sims, PLC 150 3rd Avenue South, Nashville, TN 37201 | | RE: Legal Fees | | | | $41,000.00 |
| CT Corporation PO Box 4349 Carol Stream, IL 60197 | | RE: Fees for Delaware Registered Agent | | | | $405.00 |
| Forward Financing LLC 100 Summer Street, Suite 1175 Boston, MA 02110 | | | Contingent Disputed Subject to Setoff | | | $22,378.00 |
| Nashville Area Chamber of Commerce 211 Commerce Street, Suite 100 Nashville, TN 37201 | | | | | | $1,500.00 |
| Orthoaccel Technologies, Inc. 6575 West Loop South, Suite 200 Bellaire, TX 77401 | | RE: 5 Acceledent Optima Patient Kits | | | | $2,647.54 |

| Debtor | Smile Store Support Services, LLC | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Patterson Companies**<br>**1031 Mendota Heights Road**<br>**Saint Paul, MN 55120** | | **Airstar 10 Oil-Free Air Compressor, Serial No. AS100-18040009 (Retail price: $4,457)**<br>**Vacstar 20 115V 2-User, Serial No. VS200-18030015 (Retail price** | | **$9,213.11** | **Unknown** | **Unknown** |
| **Patterson Companies**<br>**1031 Mendota Heights Road**<br>**Saint Paul, MN 55120** | | **Orthophos XG 5 w/Hidef Sensor; Serial No. 370495 (Retail price: $25,536) Purchased 8/17/2018** | | **$28,205.94** | **Unknown** | **Unknown** |
| **Patterson Companies**<br>**1031 Mendota Heights Road**<br>**Saint Paul, MN 55120** | | **Unsecured, terms of repayment for $5,209. set in August, 2019** | | | | **$3,499.96** |
| **Pinnacle Financial Partners**<br>**150 3rd Avenue South**<br>**Nashville, TN 37201** | | **Blanket lien on tangible and intangible property** | | **$152,035.92** | **$0.00** | **$152,035.92** |
| **SDC Financial, LLC**<br>**c/o George H. Cate, III, Esq.**<br>**1600 Division Street**<br>**Nashville, TN 37203** | | **RE: SDC Financial, LLC and Smile Direct Club, LLC vs. Bremer, MH, D.M.D. of Tennessee, PLLC and Smile Store Support Services, LLC** | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$0.00** |
| **SmileDirectClub, LLC**<br>**c/o George H. Cate, III, Esq.**<br>**1600 Division Street**<br>**Nashville, TN 37203** | | **RE: SDC Financial, LLC and Smile Direct Club, LLC vs. Bremer, MH, D.M.D. of Tennessee, PLLC and Smile Store Support Services, LLC** | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$0.00** |
| **Square Capital, LLC**<br>**c/o Celtic Bank Corporation** | | **Unsecured loan** | | | | **$9,399.00** |

| Debtor | **Smile Store Support Services, LLC** | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Waller Lansden Dortch & Davis**<br>**511 Union Street,**<br>**Suite 2700**<br>**PO Box 198966**<br>**Nashville, TN**<br>**37219-8966** | | **RE: Legal Fees Matter Nos. 034422.81125; 034422.86664; 034422.87691** | | | | **$28,216.25** |
| **Waller Lansden Dortch & Davis**<br>**511 Union Street,**<br>**Suite 2700**<br>**PO Box 198966**<br>**Nashville, TN**<br>**37219-8966** | | **RE: Legal Fees Matter No. 034422.84126** | | | | **$4,698.45** |
| **Williamson County Soccer Association**<br>**PO Box 680037**<br>**Franklin, TN 37068** | | **RE: Unpaid sponsorship** | | | | **$3,000.00** |

SMILE STORE SUPPORT SERVICES, LLC
2126 ABBOTT MARTIN ROAD, SUITE 168
NASHVILLE TN 37215

GRAY WALDRON
DUNHAM HILDEBRAND, PLLC
2416 21ST AVE S, STE 303
NASHVILLE, TN 37212

ALIGN


ALIGN TECHNOLOGY, INC.
3030 SLATER ROAD
MORRISVILLE NC 27560

AMERICAN EXPRESS
PO BOX 981535
EL PASO TX 79998

BASS, BERRY & SIMS, PLC
150 3RD AVENUE SOUTH,
NASHVILLE TN 37201

CT CORPORATION
PO BOX 4349
CAROL STREAM IL 60197

ERIC RIFFER
309 WENDON COURT
FRANKLIN TN 37069

FORWARD FINANCING LLC
100 SUMMER STREET, SUITE 1175
BOSTON MA 02110

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PHILADELPHIA PA 19101

MARTIN BREMER
1212 BRENTWOOD LANE
BRENTWOOD TN 37027

MH D.M.D OF TENNESSEE, PLLC
2126 ABBOTT MARTIN ROAD, SUITE 168
NASHVILLE TN 37215

MIRIAM HALL
486 STERNS CROSSING
DIXON SPRINGS TN 37057

MOOD MEDIA
2100 S IH-35 FRONTAGE ROAD SUITE 200
AUSTIN TX 78704

NASHVILLE AREA CHAMBER OF COMMERCE
211 COMMERCE STREET, SUITE 100
NASHVILLE TN 37201

NASHVILLE ELECTRIC SERVICE
1214 CHURCH STREET
NASHVILLE TN 37246

ORTHOACCEL TECHNOLOGIES, INC.
6575 WEST LOOP SOUTH, SUITE 200
BELLAIRE TX 77401

PATTERSON COMPANIES
1031 MENDOTA HEIGHTS ROAD
SAINT PAUL MN 55120

PINNACLE FINANCIAL PARTNERS
150 3RD AVENUE SOUTH
NASHVILLE TN 37201

SDC FINANCIAL, LLC
C/O GEORGE H. CATE, III, ESQ.
1600 DIVISION STREET
NASHVILLE TN 37203

SMILEDIRECTCLUB, LLC
C/O GEORGE H. CATE, III, ESQ.
1600 DIVISION STREET
NASHVILLE TN 37203

SMILEDIRECTCLUB, LLC
C/O SUSAN POLL KLAESSY, ESQ.
321 NORTH CLARK STREET
CHICAGO IL 60654

SOUTHCENTRAL A/V
756 MELROSE AVENUE
NASHVILLE TN 37211

SQUARE CAPITAL PROGRAM
ATTN: CAPITAL SERVICING
CHICAGO IL 60673

SQUARE CAPITAL, LLC
C/O CELTIC BANK CORPORATION

TAUBMAN PROPERTIES
200 E. LONG LAKE ROAD, SUITE 300
BLOOMFIELD HILLS MI 48304

VERIZON WIRELESS
C/O BANKRUPTCY ADMIN
500 TECHNOLOGY DRIVE, SUITE 550
SAINT CHARLES MO 63304

```
WALLER LANSDEN DORTCH & DAVIS
511 UNION STREET, SUITE 2700
PO BOX 198966
NASHVILLE TN 37219-8966

WILLIAMSON COUNTY SOCCER ASSOCIATION
PO BOX 680037
FRANKLIN TN 37068
```

# United States Bankruptcy Court
## Middle District of Tennessee

In re __Smile Store Support Services, LLC__  
Debtor(s)

Case No. _____  
Chapter __11__

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Smile Store Support Services, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **February 28, 2020** | **/s/ Gray Waldron** |
| Date | **Gray Waldron** |
| | Signature of Attorney or Litigant |
| | Counsel for __Smile Store Support Services, LLC__ |
| | **Dunham Hildebrand, PLLC** |
| | **2416 21st Ave S, Ste 303** |
| | **Nashville, TN 37212** |
| | **629.777.6519 Fax:615.777.3765** |
| | **gray@dhnashville.com** |